LOWERY et al v. MENU FOODS INCOME FUND et al                                                                Doc. 2
Case 1:07-cv-03578-NLH-AMD   Document 2   Filed 07/30/2007   Page 1 of 4
CAND-ECF Docket Report                                                              Page 4 of 4

ADRMOP, CLOSED, E-Filing, STAYED, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02665-SC
### Internal Use Only

Lowery v. Menu Foods Income Fund et al
Assigned to: Hon. Samuel Conti
Demand: $0
Cause: 28:1332 Diversity-Property Damage

Date Filed: 05/21/2007
Date Terminated: 07/25/2007
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**Diane Lowery**
*individually & on behalf of a class of similarly situated persons*

represented by **Robert A. Jigarjian**
Jigarjian Law Office
128 Tunstead Avenue
San Anselmo, CA 94960
415-341-6660
Email: raj@lucasvalley.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher D. Jennings**
Emerson Poynter LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR 72207
(501) 907-2555
Fax: (501) 907-2556
*ATTORNEY TO BE NOTICED*

**John G. Emerson**
Emerson Poynter LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR 72207
(501) 907-2555
Fax: (501) 907-2556
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
Emerson Poynter LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR 72207
(501) 907-2555

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 7/25/07

Dockets.Justia.com

Fax: (501) 907-2556
Email: scott@emersonfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Menu Foods Income Fund**       represented by  **Carrie Ann Lubinski**
Gordon & Rees LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-986-8054
Email: clubinski@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods Limited Partnership**       represented by  **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods Midwest Corp.**       represented by  **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods South Dakota**       represented by  **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods, Inc.**       represented by  **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Menu Foods Holdings, Inc.**       represented by  **Carrie Ann Lubinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2007 | 1 | CLASS ACTION COMPLAINT & Demand for Jury Trial - [Summons Issued] against Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Income Fund, Menu Foods Limited Partnership & Menu Foods Midwest Corp., [Filing Fee: $350.00, Receipt |

| | | |
|---|---|---|
| | | Number 34611006553]. Filed by Plaintiff Diane Lowery. (tn, COURT STAFF) (Filed on 5/21/2007) (Entered: 05/22/2007) |
| 05/21/2007 | | SUMMONS Issued as to Defendant Menu Foods South Dakota. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 05/21/2007 | | SUMMONS Issued as to Defendant Menu Foods Midwest Corp.. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 05/21/2007 | | SUMMONS Issued as to Defendant Menu Foods Limited Partnership. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 05/21/2007 | | SUMMONS Issued as to Defendant Menu Foods Income Fund. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 05/21/2007 | | SUMMONS Issued as to Defendant Menu Foods, Inc.. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 05/21/2007 | | SUMMONS Issued as to Defendant Menu Foods Holdings, Inc.. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 05/21/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 8/21/2007 & Initial Case Management Conference set for 8/28/2007 at 10:00 AM.. (Attachments: #(1) EDL Standing Order). (tn, COURT STAFF) (Filed on 5/21/2007) Additional attachment(s) added on 5/22/2007 (tn, COURT STAFF). (Entered: 05/22/2007) |
| 05/21/2007 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 05/22/2007) |
| 06/21/2007 | 3 | STIPULATION *and [Proposed] Order for Stay of All Proceedings and for Preservation of Evidence* by Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Income Fund, Menu Foods Limited Partnership, Menu Foods Midwest Corp.. (Lubinski, Carrie) (Filed on 6/21/2007) (Entered: 06/21/2007) |
| 06/21/2007 | 4 | First Declination to Proceed Before a U.S. Magistrate Judge by Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Income Fund, Menu Foods Limited Partnership, Menu Foods Midwest Corp. *& Request for Assignment to a District Judge*. (Lubinski, Carrie) (Filed on 6/21/2007) (Entered: 06/21/2007) |
| 06/21/2007 | 5 | NOTICE by Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Income Fund, Menu Foods Limited Partnership, Menu Foods Midwest Corp. *of Pendency of Other Proceedings and Notice of Transfer Order* (Lubinski, Carrie) (Filed on 6/21/2007) (Entered: 06/21/2007) |
| 06/26/2007 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (lmh, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/26/2007) |
| 06/27/2007 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Samuel Conti for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 06/27/07. (mab, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 6/27/2007) (Entered: 06/27/2007) |
| 06/29/2007 | 8 | NOTICE by Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Income Fund, Menu Foods Limited Partnership, Menu Foods Midwest Corp. *of Multidistrict Consolidation Pursuant to 28 U.S.C. S 1407 and Request to Maintain Stay* (Lubinski, Carrie) (Filed on 6/29/2007) (Entered: 06/29/2007) |
| 07/05/2007 | 9 | STIPULATION *and [Proposed] Order for Stay of All Proceedings and for Preservation of Evidence* by Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Income Fund, Menu Foods Limited Partnership, Menu Foods Midwest Corp.. (Lubinski, Carrie) (Filed on 7/5/2007) (Entered: 07/05/2007) |
| 07/06/2007 | 10 | STIPULATION AND ORDER STAYING CASE. Signed by Judge Samuel Conti on 7/6/07. (tdm, COURT STAFF) (Filed on 7/6/2007) (Entered: 07/06/2007) |
| 07/25/2007 | 11 | ORDER TRANSFERRING CASE to the United States District Court Newark, New Jersey. IN RE PET FOOD PRODUCTS LIABILITY LITIGATION. DOCKET NO. 1850. Signed by Jeffery N. Luthi, Clerk of the Panel on 7/25/07. (aaa, Court Staff) (Filed on 7/25/2007) (Entered: 07/25/2007) |
| 07/25/2007 | | Sent by CERTIFIED MAIL a certified copy of the 11 Transfer Order and a certified copy of the civil docket along with the original contents of the civil case file to the United States District Court Newark, New Jersey. (aaa, Court Staff) (Filed on 7/25/2007) (Entered: 07/25/2007) |